IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JOHNSON | : | CIVIL ACTION |
| v. | : | |
| MARLENE LACHMAN, et al. | : | NO. 12-2461 |

FILED
MAY 16 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

AND NOW, this 15th day of May, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in this Court's Memorandum.

3. This case shall be marked CLOSED.

BY THE COURT:

/s/ William H. Yohn Jr.
WILLIAM H. YOHN, JR., J.