# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY JOHNSON : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 12-2461 |
| : | |
| MARLENE LACHMAN, *et al.*, : | |
| : | |
| Defendant. : | |

# ORDER

**AND NOW**, on this 5th day of June, 2013, upon careful consideration of plaintiff's motion for relief from judgement or order under Fed. R. Civ. P. 60(b) (Doc. # 5), it is hereby **ORDERED** that the motion is **DENIED**.

s/ William H. Yohn Jr.
William H. Yohn, Jr., Judge